In the Matter of the Taxation under the Acts in Relation to Taxable Transfers of the Property of WARNER M. LEEDS, Deceased. STATE TAX COMMISSION, Appellant; THOMAS MILLS DAY and CITY BANK FARMERS TRUST COMPANY, as Surviving Executors, etc., of WARNER M. LEEDS, Deceased, Respondents.— The executors moved before the surrogate to correct and amend a *pro forma* taxing order on contingent remainders on the ground that it was based on mistakes and clerical errors. The motion was granted. The position taken by the attorney for the State Tax Commission before the surrogate was on an entirely different theory than that presented here on the appeal for the first time. Order of the Surrogate's Court of Nassau county, in so far as an appeal is taken therefrom, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Adel, JJ.

In the Matter of the Application of JOSEPH J. MAHONEY, Petitioner, for a Certiorari Order against THOMAS J. TOWERS, County Clerk of the County of Queens, Respondent.— Determination of the county clerk of Queens county, discharging the petitioner as an employee in his office, unanimously confirmed and certiorari proceeding dismissed, without costs. No opinion. Present — Hagarty, Davis, Johnston, Taylor and Close, JJ.

In the Matter of the Judicial Settlement of the Final Account of HOWARD A. SPERRY, as Committee of the Person and Estate of EDNA L. MITCHELL, an Incompetent Person. HOWARD A. SPERRY, Committee, Appellant; SIDNEY SZERLIP, Guardian, Respondent.— In an accounting by the committee of an incompetent person, testimony was taken before an official referee in accordance with the decision of this court on July 25, 1935 (see 245 App. Div. 847). After a full examination the referee reported that the committee's account should be surcharged with a certain sum. On motion for confirmation, the amount of the surcharge was reduced and the amount thereof fixed in a different sum, which the committee was directed to pay. He was removed as committee and another appointed in his place. Order unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.